IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORESTES RODRIGUEZ,
    Petitioner,

v.                                                       Case No.:  3:09cv79/LAC/EMT

FLORIDA PAROLE COMMISSION,
    Respondent.
_____/

## **O R D E R**

This cause is before the court upon Petitioner's Motion to Compel Production of Petitioner's Trial Transcripts and Motion for Leave to Expand the Record (Docs. 28, 29).  Before the court rules on this matter, Respondent shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Respondent shall respond to Petitioner's motions within **THIRTY (30) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 8<u>th</u> day of May 2009.

                                                  /s/ *Elizabeth M. Timothy*
                                                 **ELIZABETH M. TIMOTHY**
                                                 **UNITED STATES MAGISTRATE JUDGE**